

FILED

08/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0486

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0486

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                                     O R D E R

DANIEL JAMES MAROZZO,

      Defendant and Appellant.

_____

Self-represented Appellant Daniel James Marozzo moves this Court for substitution or removal of his counsel, pursuant to M. R. App. P. 10(1)(c), in his pending criminal case in the Nineteenth Judicial District Court, Lincoln County. He refers to an attached motion for commitment as grounds.

This Court received his motion three days after Marozzo filed a Notice of Appeal in his underlying case, which is still pending. Attached to his Notice is a June 19, 2024 District Court Order determining that Marozzo should be committed to the Department of Public Health and Human Services for a fitness-to-proceed evaluation. The court also set a status hearing for September 9, 2024.

Marozzo has come to the wrong court for relief. Marozzo does not appeal a final judgment that substantially affects his rights. M. R. App. P. 4(5)(b)(i); § 46-20-104(1), MCA. His appeal is not properly before this Court because his criminal case has not been completed in the District Court, making his appeal premature. The District Court has jurisdiction of his criminal case. Marozzo is not entitled to substitution or removal of his counsel here. Accordingly,

IT IS ORDERED that:

1. Marozzo's Motion for Substitution or Removal of Counsel is DENIED;

2. this appeal is DISMISSED without prejudice; and

3. this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Matthew J. Cuffe, District Court Judge; Tricia Brooks, Clerk of District Court, Lincoln County, under DC-23-52; counsel of record; Ben Kolter, Defense Counsel; and Daniel James Marozzo.

DATED this 27ᵗʰ day of August, 2024.

Chief Justice

**FILED**

AUG 27 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Justices

2